UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

DAISY TORRES,

                    Plaintiff,          17-cv-9141 (JGK)

        - against -           ORDER

BRONX LEBANON HOSPITAL CENTER, ET
AL.,

                  Defendants.
────────────────────────────────

JOHN G. KOELTL, District Judge:

    The case is stayed pending a decision on the motion by the

plaintiff's counsel to withdraw.

SO ORDERED.

Dated:    New York, New York
         August 27, 2020       _____/s/ John G. Koeltl_____
                               John G. Koeltl
                     United States District Judge