```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**DAISY TORRES,**

              **Plaintiff,**

    - against -

**BRONX LEBANON HOSPITAL CENTER ET AL.,**

              **Defendants.**

**17-cv-9141 (JGK)**

<u>ORDER</u>

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court has received a motion from the plaintiff's counsel, dated August 24, 2020, by which that the plaintiff's counsel seeks to withdraw as attorney of record for the plaintiff. The plaintiff should respond to that motion in writing on or before September 11, 2020.  If the plaintiff fails to respond to the motion, the motion may be granted without any further submissions.  The plaintiff's counsel should serve a copy of this Order together with his motion papers on the plaintiff by September 3, 2020. The plaintiff's lawyer should file proof of service by September 7, 2020.

    This case is stayed until October 30, 2020.  By that date the plaintiff should either file a notice of appearance by new counsel or a notice that the plaintiff is representing herself <u>pro se</u>, together with an address at which papers can be served on the plaintiff.  If the plaintiff fails to file such a notice by October 30, 2020, the plaintiff's case may be dismissed for failure to prosecute.

If the plaintiff or the plaintiff's counsel seek to file any supporting affidavits or documents that are confidential, such documents may be filed <u>ex</u> <u>parte</u> and under seal.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **August 28, 2020**

                                        ____/s/ John G. Koeltl_____
                                             John G. Koeltl
                                        **United States District Judge**