UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAISY TORRES,

        Plaintiff,

- against -

BRONX LEBANON HOSPITAL CENTER ET AL.,

        Defendants.

17-cv-9141 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should provide the defendants with any proposed amended complaint by November 10, 2020. The Court will hold a teleconference on November 23, 2020, at 2pm.

SO ORDERED.

Dated:    New York, New York
            November 6, 2020

                                      John G. Koeltl
                                United States District Judge