UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAISY TORRES,

               Plaintiff,

   - against -

BRONX LEBANON HOSPITAL CENTER ET AL.,

               Defendants.

17-cv-9141 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff shall file the amended complaint through ECF by **November 30, 2020**, and the defendant should respond by **December 11, 2020**. Discovery should be completed by February 26, 2021. Dispositive motions are due **March 19, 2021**. The time to respond to any dispositive motion would be 30 days, and the time to reply would be 15 days. A joint pretrial order is due **April 9, 2021**, or 30 days after the decision on any dispositive motion. The joint pretrial order should be accompanied by any motions in limine, requested charges, or voir dire requests. The parties should be ready for trial with 48 hours notice, 14 days after the submission of the joint pretrial order.

SO ORDERED.

Dated:    New York, New York
            November 24, 2020

                                              John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11·24·20