UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
DAISY TORRES,                            :     ~~PROPOSED~~ ORDER
                                         :
                        Plaintiff,       :
                                         :     Docket No. 17-cv-009141 (JGK) (JLC)
      -against-                          :
                                         :
BRONX LEBANON HOSPITAL CENTER a/k/a      :
BRONXCARE,                               :
                                         :
                                         :
                        Defendant.       :
                                         :
----------------------------------------x

    THIS MATTER having come before the Court on the application of Defendant, and the Court having considered the application and for good cause having been shown,

    IT IS, on this __9th__ day of February, 2021,

    ORDERED as follows:

        That Roy W. Breitenbach has withdrawn as Counsel for the Defendants.


New York, New York              /s/ John G. Koeltl
February 9, 2021                Hon. John G. Koeltl


5976843v.1